# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS-6

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 09-04159 SJO (Ex)     **DATE:** August 5, 2009

**TITLE:** Carpenters Southwest Administrative Corporation, et al. v. AR-LAM Installation, Inc., et al.

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                  Not Present
Courtroom Clerk                  Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                               Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

     WHEREAS Plaintiff was ordered to show cause in writing by not later than August 3, 2009, why this action should not be dismissed for lack of prosecution.  The Court indicated that it would consider the filing of Plaintiff's filing of a motion for entry of default judgment as an appropriate response to this Order to Show Cause, on or before the above date.

     Additionally, the Court indicated that failure to respond to the Court's Order may result in the dismissal of the action.  As of today's date plaintiff has failed to respond to the order to show cause.  Accordingly, the Court dismisses this action.